SLIP OPINION

Cite as 2015 Ark. 305

# SUPREME COURT OF ARKANSAS

No. CR-15-522

| | |
|---|---|
| ARDWIN FRANK SYLVESTER<br>APPELLANT | Opinion Delivered July 23, 2015 |
| V. | MOTION TO BE RELIEVED AS COUNSEL |
| STATE OF ARKANSAS<br>APPELLEE | MOTION GRANTED. |

**PER CURIAM**

Daniel Stewart, a full-time, state-salaried public defender, was appointed by the Sebastian County Circuit Court, Fort Smith District, to represent appellant, Ardwin Frank Sylvester, an indigent defendant. Following a trial held on May 6, 2015, Sykes was found guilty of aggravated robbery, kidnapping, and rape and was sentenced to three consecutive life terms in the Arkansas Department of Correction. The circuit court entered its order on May 14, 2015. On May 20, 2015, Stewart timely filed the notice of appeal, and he subsequently lodged the record in this court.

Stewart now asks to be relieved as counsel. In his motion, Stewart states that he is provided with a full-time, state-funded secretary per Arkansas Code Annotated section 19-4-1604(b)(2)(B) (Repl. 2007). Accordingly, we grant his motion to withdraw as attorney. Victor "Trey" Wright will be substituted as attorney for appellant in this matter. The clerk will establish a new briefing schedule.

Motion granted.